**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Felipe Gonzalez III | ) Case No. 17 B 02770 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACQUELINE P. COX |

## NOTICE OF MOTION

Please take notice that on April 3, 2023, at 9:00 a.m., I will appear before the Honorable Judge JACQUELINE P. COX or any judge sitting in the judge's place, **either** in Courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the Trustee's Motion for Turnover of Funds, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government**.

You may appear electronically by video or by telephone.

**To appear by video**, (1) Use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.
**To appear by telephone**, (1) Call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.
**When prompted, identify yourself by stating your full name.**
**To reach Judge Cox's web page**, go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully Submitted,

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  Felipe Gonzalez III  ) Case No. 17 B 02770
                             )
           Debtor            ) Chapter 13
                             )
                             ) Judge: JACQUELINE P. COX

**TRUSTEE'S MOTION FOR TURNOVER OF FUNDS**

Now comes Thomas H. Hooper, Chapter 13 Trustee, pursuant to 11 U.S.C. §542, moves this Honorable Court for an Order of Turnover of Funds from the Internal Revenue Service (Hereinafter "IRS"), and in support thereof states as follows:

1. The court has jurisdiction of this proceeding pursuant to 28 USC § 1334 and this is a core proceeding pursuant to 28 USC § 157(b).

2. The Debtor's chapter 13 plan was confirmed on May 22, 2017.

3. On February 6, 2017, the IRS filed claim 1-1 for income taxes in the amount of $525.00 and it was classified as a priority unsecured debt.

4. On August 11, 2017, the IRS filed amended claim 1-2 for income taxes in the amount of $0.00 and it was classified as a priority unsecured claim.

5. The Trustee disbursed $525.00 in principal and an additional $3.06 in interest to the IRS for a total of $528.06

6. The Trustee paid the IRS $528.06 more than their claim(s) entitled them to receive.

7. The trustee sent correspondence seeking return of the funds referenced in paragraph 9 on January 3, 2022, and March 29, 2022. (See attached exhibits A-B)

8. The correspondence referenced in paragraph 7 were both sent via certified US mail with return receipt requested.

9. The trustee is seeking return of funds being retained by the Creditor are property of the estate pursuant to §§ 541(a)(7) and 1306(a)(1) of the Bankruptcy Code.

10. That §542(a) of the Bankruptcy Code provides that an entity in possession or control of property of the estate shall deliver to Trustee and account for such property.

11. That § 362(a)(3) of the Bankruptcy Code operates as a stay to exercise control over the property of the estate.

WHEREFORE, the Trustee requests that this Court enter an Order for Turnover of Funds against the Internal Revenue Service in the amount of $528.06 and for said amount to be payable to the estate within 21 days hereof and to be distributed pursuant to the confirmed plan, and for any further relief that this Court deems is proper.

Respectfully Submitted,

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified by first class mail on March 20, 2023.

Felipe Gonzalez, III, Via **First Class US Mail**
5038 S. Washtenaw Ave.
Chicago, IL 60632

Mohammed Badwan, **Via ECF**
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, #200
Lombard, IL 60148-7103

Attorney General of the United States Tax Division **Via First Class US Mail**
P.O. Box 55 Ben Franklin Station
Washington, DC 20530

Internal Revenue Service, **Via First Class US Mail**
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney, **Via First Class US Mail**
Civil Process Clerk
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

Internal Revenue Service, **Via First Class US Mail**
Mail Stop CH1
230 S. Dearborn St.
Chicago, IL 60604

Patrick Layng, Region 11 UST, **Via ECF**
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900